## Thomas A. Hughes, Plaintiff-Appellee, v. Chicago Transit Authority, Defendant-Appellant.

### Gen. No. 45,790.

Thomas J. Strachan, Jr., James O. Dwight, Marion J. Hannigan, and Arthur J. Donovan, for appellant; Halbert O. Crews, of counsel; Posanski, Johannsen, Krohn & Jones, for appellee. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed November 19, 1952; rehearing denied December 3, 1952; released for publication December 5, 1952.